# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ORIHUELA,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ENGELMAN,<br><br>Defendant. | Case No. 2:22-CV-03165-SSS (DFM)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Plaintiff's Petition for Writ of Habeas Corpus [Dkt. 1], Respondent's Motion to Dismiss [Dkt. 11], related materials, and the Report and Recommendation of a United States Magistrate Judge [Dkt. 17]. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Plaintiff's objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. As such, Plaintiff's objections are overruled in their entirety.

1   **IT IS ORDERED** that Defendant's motion to dismiss [Dkt. 17] is granted
2   and Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is
3   **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available
4   administrative remedies.

5   The Court notes that Plaintiff has already sought informal resolution of his
6   grievance. [Dkt. 17 at 11]. Therefore, if Plaintiff still wishes to pursue this action,
7   he must now exhaust the formal administrative process. Plaintiff shall first file a
8   formal request with the Warden. 28 C.F.R. § 542.14. If dissatisfied with the
9   Warden's response, he must then appeal to the Regional Director of the region in
10  which Plaintiff is confined within 20 days of the Warden's response. 28 C.F.R. §
11  542.15. If dissatisfied with the Regional Director's response, Plaintiff may then
12  appeal to the Bureau of Prison's Office of General Counsel in Washington, D.C.
13  Plaintiff may re-file his Petition only after the Office of the General Counsel either
14  (1) replies, on the merits, to the inmate's appeal, or (2) fails to respond within the
15  time allotted for reply. 28 C.F.R. § 542.18.

16  **IT IS SO ORDERED.**

18  Dated: January 3, 2023

SUNSHINE S. SYKES
United States District Judge