JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICARDO ORIHUELA, Petitioner, v. WARDEN ENGLEMAN, Respondent. | No. CV 22-03165-SSS (DFM) JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted, and the Petition is dismissed without prejudice.

Date: January 3, 2023

_____
SUNSHINE S. SKYES
United States District Judge